| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Linda.allison@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | ANITRA L. HOWARD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 18-PO-00038-AC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| ANITRA HOWARD | ) | DATE: April 30, 2018 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: ALLISON CLAIRE |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ERIC CHANG, Assistant Federal Defender LINDA C. ALLISON attorney for ANITRA HOWARD, that the Court continue the status conference for April 30, 2018, at 9:00 a.m. to May 17, 2018, at 2:00 p.m.

Defense counsel and the Government require additional time to continue investigating the facts of the case, review discovery and negotiate a resolution in this matter.

///

///

///

-1-

Dated: April 27, 2018                                Respectfully submitted,

                                                     HEATHER E. WILLIAMS
                                                     Federal Defender

                                                     */s/ Linda C. Allison*
                                                     LINDA C. ALLISON
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     ANITRA L. HOWARD


Dated: April 27, 2018

                                                     MCGREGOR W. SCOTT
                                                     United States Attorney


                                                     */s/ Eric Chang*
                                                     ERIC CHANG
                                                     Special Assistant United States Attorney




## **ORDER**

IT IS HEREBY ORDERED that the April 30, 2018 status conference be continued to May 17, 2018, at 2:00 p.m.

Dated: April 27, 2018

                                                     ALLISON CLAIRE
                                                     UNITED STATES MAGISTRATE JUDGE