McGREGOR W. SCOTT
United States Attorney
ERIC J. CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:18-po-00038-AC |
| Plaintiff, | ) STIPULATION TO VACATE STATUS ) CONFERENCE AND SET BENCH TRIAL; |
| v. | ) AND [~~Proposed~~] ORDER |
| ANITRA HOWARD, | ) DATE: May 17, 2018 ) TIME: 2:00 p.m. |
| Defendant. | ) JUDGE: Hon. Allison Claire |

The United States Attorney through its respective counsel, Eric J. Chang, Special Assistant United States Attorney, and Linda C. Allison, Assistant Federal Defender, Attorney for the defendant, ANITRA HOWARD, hereby stipulate to vacate the status conference scheduled for May 17, 2018, at 2:00 p.m. Further, the parties agree that a bench trial should be scheduled on August 6, 2018, at 9:00 a.m.

///
///
///
///

US v. ANITRA HOWARD  1  STIP TO VACATE STATUS AND SET TRIAL

Accordingly, the United States and the defendant jointly request to vacate the status conference scheduled for May 17, 2018, and set a bench trial for August 6, 2018, at 9:00 a.m.

DATED: May 15, 2018          McGREGOR W. SCOTT
                             United States Attorney


                              /s/ Eric Chang
                             ERIC J. CHANG
                             Special Assistant U.S. Attorney


DATED: May 15, 2018           /s/ Linda C. Allison
                             LINDA C. ALLISON
                             Assistant Federal Defender
                             Counsel for Defendant


                             (*Approved via email 5/15/2018*)


**[~~Proposed~~] ORDER**

It is hereby ordered that the status conference scheduled for May 17, 2018, at 2:00 p.m. is vacated. It is further ordered that a bench trial is set for August 6, 2018, at 9:00 a.m.

IT IS SO ORDERED.

Dated: May 15, 2018          _____
                             ALLISON CLAIRE
                             UNITED STATES MAGISTRATE JUDGE