IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-PO-00038-AC |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO DISMISS AND VACATE COURT TRIAL |
| v. | |
| ANITRA L. HOWARD | |
| Defendant. | |

ORDER

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:18-po-00038-ac, United States v. Anitra L. Howard, without prejudice is GRANTED.

It is further ordered that the court trial set for August 6, 2018 at 9:00 a.m. is vacated.

IT IS SO ORDERED this 31st day of July, 2018.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE